JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HAMILTON, *et al.*, <br>     Plaintiffs, <br> v. <br><br> TBC Corporation, *et al.*, <br>     Defendants. | Case No. CV 17-1060-DMG (JEMx) <br><br> **JUDGMENT** |

On January 29, 2019, the Court granted the Motion for Summary Judgment filed by Defendants TBC Corporation and Dynamic Tire Corporation.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered on all claims in favor of Defendants TBC Corporation and Dynamic Tire Corporation and against Plaintiffs Julie Hamilton, Lyle McLean, Sam Flowers, and Nestor Diaz.

DATED: January 29, 2019

                                                 DOLLY M. GEE <br>
                                    UNITED STATES DISTRICT JUDGE